RECEIVED

SEP 2 6 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

RONNIE PAUL THIBODEAUX                     CIVIL ACTION NO. 10-0032

VERSUS                                                    JUDGE HAIK

COMMISSIONER OF                            MAGISTRATE JUDGE HILL
SOCIAL SECURITY

---

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS HEREBY ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner is **AFFIRMED** and this matter is hereby **DISMISSED** with prejudice.

**THUS DONE** and **SIGNED** on this 23rd day of September, 2011.

_____
**DISTRICT JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA**