**RECEIVED**

SEP 2 6 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RONNIE PAUL THIBODEAUX | CIVIL ACTION NO. 10-0032 |
| VERSUS | JUDGE HAIK |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS HEREBY ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner is **AFFIRMED** and this matter is hereby **DISMISSED** with prejudice.

**THUS DONE** and **SIGNED** on this 23rd day of September, 2011.

DISTRICT JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA